**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEOBARDO PACHECO RAMIREZ, | Case No.:  26cv2872 DMS (MSB) |
| Petitioner, | |
| v. | **ORDER GRANTING PETITION** |
| MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; TODD LYONS, Acting Director, Immigration and Customs Enforcement; JOSEPH FREDEN, Acting Field Office Director, U.S. Immigration and Customs Enforcement (ICE); U.S. Department of Homeland Security; CHRISTOPHER LAROSE, Senior Warden Otay Mesa Detention Facility; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; IMMIGRATION AND CUSTOMS ENFORCEMENT; and U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Respondents. | |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition stating they "do not oppose an order from this

1

Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (Return at 2.) Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge within fourteen (14) days of this Order unless Petitioner requests a continuance. At that bond hearing, the Government shall have the burden of proving by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight if released on bond. The parties shall file a Joint Status Report within twenty-one (21) days of this Order's entry confirming Petitioner received a bond hearing and setting out the results thereof.

**IT IS SO ORDERED.**

Dated: June 1, 2026

Hon. Dana M. Sabraw
United States District Judge